**In re Rosemary FOSTER, Respondent.**

**No. 13–BG–981.**

District of Columbia Court of Appeals.

Filed Dec. 19, 2013.

Before McLEESE, Associate Judge, and TERRY and FARRELL, Senior Judges.

**ORDER**

PER CURIAM

On consideration of the certified order of the Supreme Court of the State of Oregon that suspended respondent from the practice of law for a period of thirty days with reinstatement conditioned on respondent taking the Multistate Professional Responsibility Exam (MPRE) and earning a scaled score of 85 or greater; this court's September 18, 2013, order suspending respondent pending further action of the court and directing her to show cause why reciprocal discipline should not be imposed; the statement of Bar Counsel regarding reciprocal discipline; and it appearing that respondent failed to respond to this court's order, but did file a D.C. Bar R. XI, § 14(g) affidavit on October 5, 2013, it is

ORDERED that respondent Rosemary Foster is hereby suspended from the practice of law in the District of Columbia for a period of thirty days, *nunc pro tunc* to October 5, 2013, with reinstatement contingent on her taking the MPRE and earning a scaled score of 85 or greater. *See In re Sibley*, 990 A.2d 483 (D.C.2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C.2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).